GEISENDORF & VILKIN, PLLC
Charles L. Geisendorf, Esq. (6985)
2470 St. Rose Parkway, Suite 309
Henderson, Nevada 89074
Tel: (702) 873-5868
Email: charles@gvattorneys.com
Attorney for SATICOY BAY LLC SERIES 8952 COLLEGE GREEN

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR NRZ INVENTORY TRUST,<br><br>Plaintiff,<br>v.<br><br>SAVANNAH PLACE HOMEOWNERS' ASSOCIATION; SATICOY BAY LLC, SERIES 8952 COLLEGE GREEN; and RMI MANAGEMENT, LLC d/b/a RED ROCK FINANCIAL SERVICES,<br><br>Defendants. | Case No.: 2:16-cv-01593-RFB-GWF<br><br>**Substitution of Attorney** |

The LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., attorney of record for SATICOY BAY LLC SERIES 8952 COLLEGE GREEN does hereby consent to the substitution of GEISENDORF & VILKIN, PLLC, as attorney for SATICOY BAY LLC SERIES 8952 COLLEGE GREEN in the above-entitled matter in his place and stead.

Dated this 21 day of July, 2017.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

_/s/ Michael Bohn_____
By: Michael F. Bohn, Esq.

GEISENDORF & VILKIN, PLLC, does hereby agree to be substituted in the place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as attorney for SATICOY BAY LLC SERIES 8952 COLLEGE GREEN in the above-entitled matter.

Dated this ____ day of July, 2017.

GEISENDORF & VILKIN, PLLC

By: Charles L. Geisendorf, Esq.

SATICOY BAY LLC SERIES 8952 COLLEGE GREEN, consents to the substitution of GEISENDORF & VILKIN, PLLC, in place of the LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD., as its attorney of record.

Dated this ____ day of July, 2017.

SATICOY BAY LLC SERIES 8952 COLLEGE GREEN

By: Iyad "Eddie" Haddad

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 8/4/2017