MICHAEL F. BOHN, ESQ.
Nevada Bar No.: 1641
mbohn@bohnlawfirm.com
ADAM R. TRIPPIEDI, ESQ.
Nevada Bar No. 12294
atrippiedi@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No.: 10699
nnikci@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Ste. 480
Henderson, Nevada 89074
(702) 642-3113/ (702) 642-9766 FAX

Attorney for Saticoy Bay LLC Series 8952 College Green

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE FOR NRZ INVENTORY TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SAVANNAH PLACE HOMEOWNERS' ASSOCIATION; SATICOY BAY LLC, SERIES 8952 COLLEGE GREEN; and RMI MANAGEMENT, LLC d/b/a RED ROCK FINANCIAL SERVICES,<br><br>Defendants. | CASE NO.: 2:16-cv-01593-RFB-GWF |

**SUBSTITUTION OF ATTORNEYS**

Saticoy Bay LLC Series 8952 College Green, hereby substitutes Michael F. Bohn, Esq. of Law Offices of Michael F. Bohn, Esq., Ltd., as its attorneys in the above-entitled matter in place and stead of Charles L. Geisendorf, Esq., of the law firm Geisendorf & Vilkin, PLLC.

DATED this 30th day of July, 2018.


By: _____
Iyad "Eddie" Haddad

1

MICHAEL F. BOHN, ESQ., does hereby agree to be substituted in the place of Charles L. Geisendorf, Esq., as attorney for Saticoy Bay LLC Series 8952 College Green, in the above entitled matter.

DATED this 30th day of July, 2018.

        LAW OFFICES OF
        MICHAEL F. BOHN, ESQ., LTD.

        By:/s/Michael F. Bohn, Esq./
           Michael F. Bohn, Esq.
           Nevada Bar No. 1641
           2260 Corporate Circle, Suite 480
           Henderson, Nevada 89074

Charles L. Geisendorf, Esq., consents to the substitution of MICHAEL F. BOHN, ESQ. as attorney of record for Saticoy Bay LLC Series 8952 College Green.

DATED this 29th day of July, 2018.

        GEISENDORF & VILKIN, PLLC

        By: /s/ Charles L. Geisendorf
           Charles L. Geisendorf, Esq.
           Nevada Bar No. 6985
           2470 St. Rose Parkway, Suite 309
           Henderson, NV 89074

IT IS SO ORDERED:

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

DATED: July 31, 2018