**McCARTHY & HOLTHUS, LLP**
Kristin A. Schuler-Hintz, Esq., SBN: 7171
Shane P. Gale, Esq., SBN: 12967
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone: 702-685-0329
Fax: 866-339-5691
Email: FDCNV@McCarthyHolthus.com

Attorneys for Plaintiff,
LAKEVIEW LOAN SERVICING, LLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| LAKEVIEW LOAN SERVICING, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAVANNAH PLACE HOMEOWNERS' ASSOCIATION; SATICOY BAY, LLC SERIES 8952 COLLEGE GREEN; and RMI MANAGEMENT, LLC d/b/a RED ROCK FINANCIAL SERVICES,<br><br>Defendants | Case No. 2:16-cv-01593-RFB-GWF<br><br>**STIPULATION FOR LAKEVIEW LOAN SERVICING, LLC'S EXTENSION OF TIME TO RESPOND TO SATICOY BAY LLC SERIES 8952 COLLEGE GREEN'S MOTION TO DISMISS (First Request)** |

COMES NOW LAKEVIEW LOAN SERVICING, LLC (hereinafter "Lakeview"), by and through its counsel of record, Shane P. Gale, Esq. of McCarthy & Holthus, LLP, and SATICOY BAY, LLC SERIES 8952 COLLEGE GREEN (hereinafter "Saticoy"), by and through its counsel of record, Nikoll Nikci, Esq. of the Law Offices of Michael F. Bohn, and pursuant to LR 6-1, hereby files this Stipulation and Order Extending the Deadline for US Bank to respond to Saticoy's Motion to Dismiss, filed on November 2, 2018.

//

//

//

//

Page | 1

NV-15-661880-CV

## RECITALS

1. On November 2, 2018, Saticoy filed a Motion to Dismiss the Complaint filed by Lakeview.
2. Saticoy has agreed to give US Bank a two (2) week extension, from November 19, 2019 to file its response.
3. Lakeview has not previously sought an extension to respond to Saticoy's Motion to Dismiss.
4. Counsel for Lakeview is driving from Brookfield, WI to Las Vegas, NV, and closing on a home in Las Vegas, NV on November 30th. Due to this move, he is currently working remotely and respectfully requests this additional time to respond.

## STIPULATION

It is hereby STIPULATED between the undersigned that Lakeview shall have until December 3, 2018 to respond to Saticoy's Motion to Dismiss that was filed November 2, 2018.

DATED this 19th day of November, 2018

**LAW OFFICES OF MICHAEL F. BOHN**

/s/ Nikoll Nikci
Michael F. Bohn., Esq.
Nevada Bar No. 1641
Nikoll Nikci, Esq.
Nevada Bar No. 10699
2260 Corporate Circle, Suite 480
Henderson, NV 89074
Attorney for *Saticoy Bay, LLC Series 8952 College Green*

DATED this 19th day of November, 2018

**McCARTHY & HOLTHUS, LLP**

/s/ Shane P. Gale
Kristin A. Schuler-Hintz, Esq.
Nevada Bar No. 7171
Shane P. Gale, Esq.
Nevada Bar No. 12967
9510 West Sahara Avenue, Suite200
Las Vegas, Nevada 89117
Attorney for *Lakeview*

## ORDER ON STIPULATION

IT IS SO ORDERED,

RICHARD F. BOULWARE, II
United States District Judge

Dated: November 20, 2018.

Page | 2

NV-15-661880-CV