# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LAKEVIEW LOAN SERVICING, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAVANNAH PLACE HOMEOWNERS' ASSOCIATION; SATICOY BAY, LLC SERIES 8952 COLLEGE GREEN; and RMI MANAGEMENT, LLC d/b/a RED ROCK FINANCIAL SERVICES, <br><br> Defendants. | Case No. 2:16-cv-01593-RFB-EJY <br><br> **ORDER GRANTING LAKEVIEW LOAN SERVICING, LLC'S MOTION FOR SUMMARY JUDGMENT** |

This matter came before the Court, on August 29, 2019, on Plaintiff's, Lakeview Loan Servicing, LLC (hereinafter "Lakeview"), Motion for Summary Judgment [ECF No. 70 and 71]. Defendant, RMI Management, LLC d/b/a Red Rock Financial Services (hereinafter "Red Rock"), filed a Response in Opposition [ECF No. 83]. Defendant, Saticoy Bay, LLC Series 8952 College Green (hereinafter "Saticoy") filed a Response in Opposition [ECF No. 84]. Lakeview filed a Reply in Support [ECF No. 87]. The Court held oral argument on August 29, 2019, and ordered that Plaintiff submit a proposed supplemental order by December 2, 2019. This supplemental order now follows. The transcript of the hearing continues to serve as the written Opinion and Order of the Court.

/ / /

/ / /

The Court grants Lakeview's Motion for Summary Judgment as to its claim for quiet title/declaratory relief. The Court denies, as moot, Lakeview's Motion for Summary Judgment as to its claim for breach of NRS 116.1113.

**IT IS HEREBY ORDERED** that Lakeview Loan Servicing, LLC's Motion for Summary Judgment is GRANTED, as to the issue of tender; and

**IT IS FURTHER ORDERED** that Lakeview Loan Servicing LLC's Motion for Summary Judgment, as to breach of NRS NRS 116.1113, with respect to Defendants, RMI Management, LLC d/b/a Red Rock Financial Services and Savannah Place Homeowners' Association, is DENIED AS MOOT; and

**IT IS FURTHER ORDERED** that Saticoy Bay, LLC Series 8952 College Green, purchased the Property subject to the Lakeview Loan Servicing, LLC's Deed of Trust, recorded in the Property records, on September 14th, 2010, as instrument number 201009140001790 (the "Deed of Trust"), and remains a valid encumbrance on the Property; and

**IT IS FURTHER ORDERED** that a copy of this Order may be recorded with the Clark County Recorder's Office, in the Property records, to give notice to the world that Lakeview Loan Servicing LLC's Deed of Trust is and remains a valid encumbrance on the Property.

Dated: <u>January 9, 2020</u>.



**HONORABLE RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**